**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CATHERINE MCQUILLAN,**

           **Plaintiff,**

**v.**                                               **Case No:  6:12-cv-1586-Orl-36TBS**

**H.W. LOCHNER, INC.,**

           **Defendant.**

_____

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on November 1, 2013 (Doc. 40).  In the Report and Recommendation, the Magistrate Judge recommends that the Court grant the parties' Renewed Joint Motion for Approval of FLSA Settlement and to Dismiss FLSA Claim with Prejudice (Doc. 39).  *See* Doc. 40.  Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees that the parties' settlement is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.  See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354–55 (11th Cir. 1982). As the Magistrate Judge observed, the parties' settlement process is marked by indicia of fairness, and Plaintiff's recovery does not appear to be adversely affected by the amount of fees paid to her counsel.  *See* Doc. 40, p. 4.  Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1.      The Report and Recommendation of the Magistrate Judge (Doc. 40) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2.      The Renewed Joint Motion for Approval of FLSA Settlement and to Dismiss FLSA Claim with Prejudice (Doc. 39) is **GRANTED**.  The Mutual FLSA Release and Settlement Agreement (Doc. 39-Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3.      The Joint Motion for Approval of FLSA Settlement and to Dismiss FLSA Claim with Prejudice (Doc. 37) is **DENIED as moot**.

4.      Counts VII and VIII of the Complaint (Doc. 1) are **DISMISSED with prejudice**.

5.      Pursuant to the Stipulation of Dismissal (Doc. 41), this action is **DISMISSED with prejudice**.

6.      The Court declines to retain jurisdiction over this matter.

7.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 25, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Thomas B. Smith